# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC.,<br><br>             Plaintiffs,<br><br>    v.<br><br>AMERICAN TECHNICAL CERAMICS CORPORATION,<br><br>             Defendant. | Case No. 3:07-cv-00893-IEG-NLS<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL**<br><br>Courtroom __<br>District Judge Irma E. Gonzalez |

   Based on the Stipulation of Dismissal filed on June 2, 2008, and for good cause shown, it is hereby ORDERED that

   1. This patent infringement action is dismissed for lack of standing, without prejudice, effective upon Presidio's payment of certain of ATC's costs.

   2. Presidio shall reimburse ATC for its costs in the amount of $10,000 within 5 days of filing of the Stipulation of Dismissal.

   3. All the proceedings in this case to date, including discovery, the Scheduling Order, the Protective Order, Markman briefing, discovery, evidence, and hearing, shall

1   apply in and are adopted in the second-filed case 08cv335-IEG(NLS) and the parties
2   are bound by them.

4   IT IS SO ORDERED.

6   Dated: June 9, 2008

    _____
    Hon. Irma E. Gonzalez
    U.S. District Judge